**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| BRUCE ANTHONY WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-cv-0897 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## O R D E R

On August 31, 2015, the magistrate judge issued a Report and Recommendation (DE #22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (DE #16) is DENIED, and the decision of the Social Security Commissioner is AFFIRMED.

This order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 18th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge